## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **SIIAVUSH UMAROV,**<br>          *Petitioner*,<br><br>    **v.**<br><br>**MICHAEL ROSE,** *Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement*; **JAMAL L. JAMISON,** *Warden of Philadelphia Federal Detention Center*,<br>          *Respondents*. | **Civil No. 26-0486** |

### <u>ORDER</u>

**AND NOW**, this 17th day of February, 2026, upon consideration of the Amended Petition for Writ of Habeas Corpus (ECF No. 3) of Siiavush Umarov, and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Umarov is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Umarov from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on February 18, 2026.

4.      The Government is temporarily enjoined from re-detaining Umarov for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Umarov after the seven-day

period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral

immigration judge shall determine whether detention is warranted pending the resolution of his

removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge

2